IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| MICHAEL B. BLAKE, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-1174-M |
| CAROLYN W. COLVIN, acting Commissioner Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On October 11, 2016, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that plaintiff's application to proceed in district court without prepaying fees or costs be denied and that if plaintiff does not pay the $400.00 filing fee in full to the Clerk of the Court within twenty-one days of any order adopting the Report and Recommendation that this action be dismissed without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by October 31, 2016. Plaintiff has filed no objection, and on October 14, 2016, plaintiff paid the $400.00 filing fee.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on October 11, 2016, and

(2) DENIES plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [docket no. 2].

**IT IS SO ORDERED this 7th day of November, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE